**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

July 30, 2015

Hon. Les Cassidy
Cassidy & Raub
814 Leopard Street
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Michael E. Welborn
District Attorney
P. O. Box 1393
Sinton, Tx 78387-1393
* DELIVERED VIA E-MAIL *

Hon. Samuel B. Smith Jr.
Assistant District Attorney
P. O. Box 1393
Sinton, TX 78387
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00489-CR
Tr.Ct.No. S-13-3012-CR
Style:    REMUS LITOIU v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   36th District Court (DELIVERED VIA E-MAIL)
      Hon. Laura M. Miller, San Patricio County District Clerk (DELIVERED VIA E-MAIL)